JUN-05-2007 TUE 06:52 PM        FAX NO.                    P. 02

Received:                                    Jun 5 2007 06:58pm

**RECEIVED**

JUN - 5 2007 A u

**CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.**

USDC SDNY
DOCUMENT
ELF
DOC
DATE FILED: 6/7/07

# KM&M
MCCLAIN & MCGUIRE LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 644-1010
TELECOPIER (212) 644-1936

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

LYLE S. ZUCKERMAN
DIRECT DIAL: (212) 909-0708
DIRECT FAX: (212) 909-3508
LYLE.ZUCKERMAN@KMM.COM

June 5, 2007

**VIA FACSIMILE (212) 805-7924**

Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

6/6/07
The parties are to
appear on Tuesday,
June 12 at 5 p.m.
in courtroom 23A
for an initial conf.
So ordered.
[signature] Stein
U.S.D.J.

> Re:   Highview Global Capital Management, LLC v. Philip Sun
> Index No. 07 CIV 4642
> KM&M File No. 11112.0001

Dear Judge Stein:

This firm is counsel to plaintiff Highview Global Capital Management, LLC ("Highview") in the referenced action, which was removed by defendant Philip Sun from the Supreme Court of the State of New York, New York County. On the following basis, Highview respectfully requests that this Court schedule a preliminary injunction hearing for the week of June 11, 2007.

The instant matter is one of urgency: it concerns the protection of Highview's trade secrets following defendant's resignation from Highview to begin employment for a competitor in brazen breach of a post-employment non-competition covenant. Defendant, a mathematician and quantitative analyst, resigned his employment from Highview -- an investment advisory firm that manages hedge funds -- in the midst of working on a highly proprietary economic modeling project, and accepted employment with Wellington Management Company LLP -- another investment advisory firm.

After refusing Highview's demands that he abide by his post-employment contractual obligations to refrain from such employment, Highview commenced this action in New York, in accordance with the employment contract's New York forum selection clause, to protect its trade secrets, and the New York State Supreme Court scheduled a preliminary injunction hearing for yesterday, June 4, 2006. On Friday, June 1, 2006, defendant removed the state action to this Court to avoid the hearing; while that removal was not inappropriate, its purpose was, since it unquestionably was designed to delay a preliminary injunction hearing and, even worse, facilitate his blatant

154024.V1



KM&M
KAUFF McCLAIN & McGUIRE LLP

Honorable Sidney H. Stein
June 5, 2007
Page 2

attempt to forum shop and have the matter heard by a Massachusetts court in contravention of the forum selection clause. In this regard, the Court should be aware that defendant filed a declaratory judgment action in Massachusetts state court one day following Highview's filing of the instant action, in clear breach of his employment contract's exclusive New York court forum selection clause (and the lack of any connection between the instant dispute and Massachusetts, other than defendant's residence). Highview removed and has now moved to dismiss the Massachusetts action (in favor of this action) and requested that the Massachusetts District Court decide the dismissal motion prior to scheduling a hearing on the merits of the underlying declaratory relief application; the District of Massachusetts agreed, and has set a briefing schedule solely on the motion to dismiss.

Defendant's attempt to delay a determination on the merits should not be rewarded. Inasmuch as defendant should have been prepared to proceed with a hearing on the merits of Highview's preliminary injunction application yesterday, and was required to file opposing papers by June 1, Highview respectfully submits that the Court schedule a preliminary injunction hearing during the week of June 11, 2007.

Respectfully submitted,

Lyle S. Zuckerman

LSZ:kd

cc:    Steven Robert Kramer (Via facsimile)
       Peter Carr (Via E-Mail)

154024.v1