USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HIGHVIEW GLOBAL CAPITAL : 07 Civ. 4642 (SHS)
MANAGEMENT, LLC,
 :
            Plaintiff,
 :
   -against- ORDER
 :
PHILIP SUN,
 :
           Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference is scheduled for July 12, 2007, at 2:00 p.m.

Dated: New York, New York
       June 12, 2007

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.