

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HIGHVIEW GLOBAL CAPITAL
MANAGEMENT, LLC,

              Plaintiff,

- against -

PHILIP SUN,

              Defendant.

---

Index No. 07 CIV 4642 (JHJ)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between HIGHVIEW GLOBAL CAPITAL MANAGEMENT, LLC, plaintiff, and PHILIP SUN, defendant, through their respective counsel, that the above-entitled action shall be and hereby is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a), without costs or fees to either party.

ECKERT, SEAMANS, CHERIN & MELLOTT, LLC

_/s/ Steven Kramer_
Steven Kramer (SAK-1097)

10 Bank Street, Suite 1061
White Plains, New York 10606
Telephone: 914.949.2909
Facsimile: 914.949.5424

KAUFF McCLAIN & McGUIRE LLP

_/s/ Lyle S. Zuckerman_
Lyle S. Zuckerman (LZ-6523)

950 Third Avenue, 14th Floor
New York, New York 10022
Telephone: 212-644-1010
Facsimile: 212-909-3508

Dated: July 18, 2007

SO ORDERED: 7/19/07

_/s/_
U.S.D.J.

155283.v1